JS-6

| | |
|---|---|
| **DOLLY YOUNG**, Individually and as Successor-In-Interest to LONNIE YOUNG, Deceased; **DeANDRE B. YOUNG**; **DERRICK W. YOUNG**; **DeADERA L. YOUNG-DUNN**,<br><br>Plaintiffs,<br><br>vs.<br><br>**ASBESTOS CORPORATION, LTD.**, et al.,<br><br>Defendants. | Case No. 2:15-cv-09114-DDP-PLA<br><br>**ORDER DISMISSING ENTIRE ACTION** |

IT IS HEREBY ORDERED that pursuant to Plaintiffs' Request for Dismissal, the entire action is dismissed without prejudice.

Dated: April 12, 2018

HON. DEAN D. PREGERSON
United States District Court Judge

1